# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00310-KJD-VCF |
| vs. | |
| MAIZAH SHANTAL LUCIOUS a.k.a. MYA, | **ORDER** |
| Defendant. | |

Before the court is Defendant's Motion to Compel United States Marshal to Transport Detainee to a Physician for a Surgical Procedure. (#49).

IT IS HEREBY ORDERED that any opposition to the Defendant's Motion to Compel United States Marshal to Transport Detainee to a Physician for a Surgical Procedure (#49) must be filed by January 28, 2015. No reply necessary.

IT IS FURTHER ORDERED that a hearing on Defendant's Motion to Compel United States Marshal to Transport Detainee to a Physician for a Surgical Procedure (#49) is scheduled for 10:00 a.m., January 30, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 23rd day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE