# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  MAIZAH SHANTAL LUCIOUS,  Defendant. | 2:14-cr-00310-KJD-VCF  **ORDER** |

Before the court is Defendant Maizah Shantel Lucious' Motion to Compel United States Marshal to Transport Detainee to an Optometrist and Provide Detainee with Prescription Eyeglasses (#88). The government filed its response to the motion to compel (#89).

IT IS HEREBY ORDERED that a status hearing on Defendant Maizah Shantel Lucious' Motion to Compel United States Marshal to Transport Detainee to an Optometrist and Provide Detainee with Prescription Eyeglasses (#88) is scheduled for 11:00 a.m., January 14, 2016, in courtroom 3D. The government must arrange to have a representative with knowledge of Defendant's corrective lens condition to attend the hearing. If Defendant's corrective lens condition has been resolved, the hearing on January 14, 2016 will be vacated.

DATED this 7th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE